

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2020

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Elizabeth Achan*, 20 CR 87 (LTS)

Dear Judge Swain,

On behalf of the parties, the Government writes to request respectfully a two-week adjournment of the conference currently scheduled for March 17, 2020 to March 31, 2020 at 2:00 PM, a date and time that the parties understand may prove convenient to the Court. The parties remain productively engaged in discussion of a pre-trial disposition and believe that they will be in a position to report on the possibility of such a disposition with the additional time. Further, the Government writes, with the defendant's consent, to request respectfully that the Court exclude time under the Speedy Trial Act from March 17, 2020 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in continuing to explore the possibility of a pre-trial disposition.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Thomas John Wright
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

THE APPLICATION IS GRANTED.  THE CONFERENCE IS ADJOURNED TO APRIL 27, 2020, AT 2:00 P.M. IN COURTROOM 17C.  THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 4/27/2020 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. DE#12 RESOLVED.  SO ORDERED.

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN, USDJ

cc: Ian Marcus Amelkin (Counsel to Defendant Elizabeth Achan) (by ECF)