

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2020

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:  *United States v. Elizabeth Achan*, 20 CR 87 (LTS)

Dear Judge Swain,

    On behalf of the parties, the Government writes to request respectfully an adjournment of the conference currently scheduled for April 27, 2020 to a date and time that is convenient to the Court during the week of June 8, 2020 or thereafter. The parties remain productively engaged in discussion of a pre-trial disposition amidst certain delays occasioned by the arrival of the coronavirus pandemic in the metropolitan area of the City of New York and with this additional time will be in a position to report to the Court in advance of any conference on whether such a disposition is achievable. Further, the Government writes, with the defendant's consent, to request respectfully that the Court exclude time under the Speedy Trial Act from April 27, 2020 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in continuing to explore the possibility of a pre-trial disposition.

THE APPLICATION IS GRANTED. THE CONFERENCE IS ADJOURNED TO 6/11/2020 AT 11:15 AM. THE COURT FINDS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 6/11/2020 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT(S) IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. DE# 16 RESOLVED. SO ORDERED.

DATED: 4/21/2020
/S/ Laura Taylor Swain, USDJ

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Ian Marcus Amelkin (Counsel to Defendant Elizabeth Achan) (by ECF)