**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2020

**VIA ECF**

The Honorable Laura T. Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  **United States v. Elizabeth Achan**
     20 Cr 87 (LTS)

Dear Judge Swain:

    I hope this letter finds you and your staff in good health. I write with the consent of the Government to request an adjournment of M. Achan's pretrial conference currently scheduled for June 11, 2020 until the week of July 6, 2020. Ms. Achan's father passed away from COVID-19 and she is in mourning. The defense waives Speedy Trial Act time until the date set by the Court.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

THE APPLICATION IS GRANTED.  THE CONFERENCE IS ADJOURNED TO JULY 7, 2020, AT 10:00 A.M.  THE COURT FINDS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) THAT THE ENDS OF JUSTICE SERVED BYAN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH JULY 7, 2020, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE.  DE# 20 RESOLVED.  THE COURT EXTENDS ITS CONDOLENCES.

SO ORDERED.

DATED: May 8, 2020
/s/ Laura Taylor Swain, USDJ