

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2020

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Elizabeth Achan*, 20 CR 87 (LTS)

Dear Judge Swain,

On behalf of the defendant, the Government writes to request respectfully an adjournment of the conference currently scheduled for July 7, 2020 to a date and time that is convenient to the Court during the week of August 3, 2020 or thereafter in order to afford the defendant a final opportunity to consider a pending offer from the Government to resolve this case through a pre-trial disposition.  Further, the Government writes, with the defendant's consent, to request respectfully that the Court exclude time under the Speedy Trial Act from July 7, 2020 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in considering fully this possibility of a pre-trial disposition amidst the impediments to such consideration that the pandemic of the coronavirus has erected in recent months.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/ Thomas John Wright
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

THE APPLICATION IS GRANTED.  THE CONFERENCE IS ADJOURNED TO AUGUST 4, 2020, AT 2:00 P.M.  THE COURT FINDS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH AUGUST 4, 2020, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE.  DE# 23 RESOLVED.

SO ORDERED.
DATED: 6/30/2020
/s/ Laura Taylor Swain, USDJ

cc: Ian Marcus Amelkin (Counsel to Defendant Elizabeth Achan) (by ECF)
    Ariel Werner (Counsel to Defendant Elizabeth Achan) (by ECF)