**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 22, 2021

**By ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Elizabeth Achan*, 20 Cr. 87 (LTS)

Dear Judge Swain:

    I write to seek leave from the Court to file a redacted copy of Ms. Achan's sentencing submission on ECF in the above-captioned case. A copy of that submission, with highlighting identifying the redactions I propose, has been provided to the Court for in camera review. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner

Ariel Werner
Assistant Federal Defender
917-751-2050
ariel_werner@fd.org

cc: Thomas John Wright, Assistant U.S. Attorney

The redaction request, which is narrowly tailored to protect sensitive
personal information, is granted. The unredacted sentencing submission shall be filed under seal (please see Court website for sealed filing procedures).  DE# 36 resolved
SO ORDERED.
1/25/2021
/s/ Laura Taylor Swain, USDJ