**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 29, 2021

**By ECF**

The Honorable Laura T. Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Elizabeth Achan, 20 Cr 87

Dear Chief Judge Swain:

Ms. Achan is scheduled to self-surrender to Danbury Satellite Camp on Thursday, July 22, 2021. I write with the consent of the Government to respectfully request modification of her bail conditions to allow her to travel out of District as set forth below:

1) On Thursday, July 1, to the District of New Jersey to allow Ms. Achan to take her son to celebrate his birthday at the American Dream entertainment complex.

2) For the weekend of July 9-11, to the Northern District of New York, to allow Ms. Achan to visit her Aunt in Schenectady, NY.

Thank you for your consideration.

The foregoing bail modification requests are granted.  This resolves DE#49.
SO ORDERED.
6/30/2021
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Thomas John Wright, Esq.