UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　　　　　　No. 1:20-CR-00087-LTS-1

Elizabeth Achan,

        Defendant.

-------------------------------------------------------x

### SCHEDULING ORDER

        The violation of supervised release hearing in this case that is currently scheduled to proceed on October 11, 2023, at 12:00 PM is hereby adjourned to **Monday, October 16, 2023, at 2:30 PM** in Courtroom 17C. The parties' attention is directed to the information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York　　　　　　　   /s/ Laura Taylor Swain_____
       October 5, 2023　　　　　　　　　　　 LAURA TAYLOR SWAIN
                                                         Chief United States District Judge