UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                 No.  1:20-CR-00087-LTS-1

Elizabeth Achan,

        Defendant.

-------------------------------------------------------x

## SCHEDULING ORDER

The violation of supervised release hearing in this case that is currently scheduled to proceed on October 16, 2023, at 2:30 PM is hereby adjourned to **Monday, October 30, 2023, at 2:00 PM** in Courtroom 17C.  The parties' attention is directed to the information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York             /s/ Laura Taylor Swain
       October 12, 2023                LAURA TAYLOR SWAIN
                                                 Chief United States District Judge