UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES

    -v-                                                             No.   20-CR-87-LTS

ELIZABETH ACHAN,

        Defendant.

-------------------------------------------------------x

## ORDER

For the reasons stated on the record and on consent of the parties, the Defendant's conditions of supervision are hereby modified by the addition of the following condition:

The Defendant shall not be employed, as a regular employee, consultant or volunteer, in any work in which she has access to or control over payroll or financial records or disbursements of any public or private enterprise or individual other than a family member.

All other conditions remain in place as previously established.

SO ORDERED.

Dated: New York, New York
       October 30, 2023

                                                                          LAURA TAYLOR SWAIN
                                                                          Chief United States District Judge