UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                               No. 20CR87-LTS

ELIZABETH ACHAN

                Defendant(s).
-------------------------------------------------------------X

## ORDER

Due to the Court's calendar, the violation of supervised release hearing scheduled for January 11, 2024, is rescheduled to **Tuesday April 2, 2024, at 12:00 p.m.** in Courtroom 17C.  The Court sends its sincere apologies for having to reschedule and thanks counsel and the defendant for understanding.

Dated:  New York, New York
          January 11, 2024

                                                            /s/ *Laura Taylor Swain*
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge