

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 16, 2024

**By ECF**

## MEMO ENDORSED

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Elizabeth Achan*, 20 CR 87 (LTS)

Dear Judge Swain,

    The Government respectfully writes on behalf of the parties to provide a status update that was due on August 9, 2024 and apologizes for the delay.  Since the appearance on July 9, 2024, the Government has confirmed with its state counterpart at the Westchester County District Attorney's Office that it intends to convey a plea offer to the defendant in *People v. Elizabeth Achan*, SCI No. 71926/2024 at the next appearance on September 18, 2024 with a promised sentence including a term of incarceration.  The parties anticipate a disposition on the pending specifications in the violation of supervised release proceedings here to follow the defendant's acceptance of that plea offer and guilty plea.  For that reason, the parties respectfully request an adjournment of the conference scheduled for September 6, 2024 to a date and time of convenience to the Court during the week of September 23, 2024 or thereafter.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Jennifer Rose (United States Probation Office) (by email)
    Tamara Giwa (Counsel to Defendant Elizabeth Achan) (by ECF and email)

The foregoing request is granted.  The violation of supervised release hearing is hereby adjourned to **September 26, 2024, at 12:00 PM** in Courtroom 17C.  DE 70 is resolved.
SO ORDERED.
August 16, 2024
/s/ Laura Taylor Swain, Chief USDJ