**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 25, 2024

**By ECF**

**MEMO ENDORSEMENT**

The Honorable Laura Taylor Swain
United States Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Elizabeth Achan*, 20 Cr. 87 (LTS)

Dear Chief Judge Swain:

    I write with the consent of the Government to respectfully request the Court adjourn Ms. Achan's violation of supervised release hearing from Thursday, September 26, 2024 to Wednesday, October 16, 2024 at 2:30 P.M. due to counsel being unavailable. Thank you for the Court's consideration.

Respectfully submitted,

/s/

Ian Marcus Amelkin
Assistant Federal Defender
212-417-8733
ian_marcus_amelkin@fd.org

cc: Thomas John Wright, Assistant U.S. Attorney

---

The foregoing request is granted. The violation of supervised release hearing is hereby adjourned to **October 16, 2024, at 2:30 PM** in Courtroom 17C.
DE 72 is resolved.
SO ORDERED.
September 26, 2024
/s/ Laura Taylor Swain, Chief USDJ