**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 15, 2024

**By ECF**

The Honorable Laura Taylor Swain
United States Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re:** *United States v. Elizabeth Achan*, **20 Cr. 87 (LTS)**

Dear Chief Judge Swain:

    I write with the consent of the Government to respectfully request the Court adjourn Ms. Achan's violation of supervised release hearing from Wednesday, October 16, 2024 to Monday, November 18, 2024 at 2:30 P.M. to allow Ms. Achan to attend her next New York court appearance. Thank you for the Court's consideration.

Respectfully submitted,

/s/

Ian Marcus Amelkin
Assistant Federal Defender
212-417-8733
ian_marcus_amelkin@fd.org

cc: Thomas John Wright, Assistant U.S. Attorney

The foregoing request is granted. The violation of supervised release hearing is hereby adjourned to **November 18, 2024, at 2:30 PM** in Courtroom 17C.
DE 74 is resolved.
SO ORDERED.
October 15, 2024
/s/ Laura Taylor Swain, Chief USDJ