UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                  No.  20-CR-087-LTS

ELIZABETH ACHAN,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has been informed that the underlying state proceeding in this case has been adjourned to a date and time later this month.

In light of this representation, the violation of supervised release hearing, currently scheduled for today, December 18, 2024, at 10:30 AM, is hereby adjourned to **January 9, 2025, at 11:00 AM** in Courtroom 17C.

    SO ORDERED.

Dated: New York, New York  
       December 18, 2024

                                          /s/ Laura Taylor Swain  
                                          LAURA TAYLOR SWAIN  
                                          Chief United States District Judge