UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                                          No. 20-CR-87-LTS

ELIZABETH ACHAN,

        Defendant.

-------------------------------------------------------x

ORDER

The District Court for the Southern District of New York will observe a holiday on Thursday, January 9, 2025, in observance of a National Day of Mourning to honor the memory of James Earl Carter, Jr., the thirty-ninth President of the United States.

Accordingly, the violation of supervised release proceeding, currently scheduled for January 9, 2025, at 11:00 AM, is hereby adjourned to **January 22, 2025, at 11:30 AM** in Courtroom 17C.

      SO ORDERED.

Dated: New York, New York
       January 3, 2025

                                                              /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             United States District Judge