UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                 No.  20-CR-87-LTS

ELIZABETH ACHAN,

        Defendant.

--------------------------------------------------------x

## ORDER

The Court has been informed that there remain outstanding issues for counsel to resolve ahead of the next violation of supervised release hearing in this case.

In light of this representation, the violation of supervised release hearing, currently scheduled for today, February 14, 2025, at 12:00 PM, is hereby adjourned <u>sine die</u>. The parties are directed to meet and confer, and to file a letter by **Tuesday, February 18, 2025, at 12:00 PM**, with a proposed date and time for the next hearing in this case.

SO ORDERED.

Dated: New York, New York
       February 14, 2025

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge