

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

# MEMO ENDORSED

February 18, 2025

**By ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Elizabeth Achan*, 20 CR 87 (LTS)

Dear Judge Swain,

    The Government respectfully writes on behalf of the parties in response to the Order of the Court dated February 14, 2025 and apologizes for the untimeliness of the submission, for which the Government alone is responsible. The parties respectfully request that the Court schedule an appearance on April 2, 2025 at 2:30 PM, a date and time that the parties understand may be convenient for the Court. At the appearance, the parties will be prepared to advise the Court of the status of the parallel state court proceedings and whether a disposition in these violation of supervised release proceedings is achievable.

    Respectfully,

    MATTHEW PODOLSKY
    Acting United States Attorney

    By: */s/ Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Kyro King (United States Probation Office) (by email)
    Ian Marcus Amelkin (Counsel to Defendant Elizabeth Achan) (by ECF and email)

---

The foregoing request is granted. A violation of supervised release hearing is hereby scheduled for **April 2, 2025**, at 2:30 PM in Courtroom 17C.
SO ORDERED.
February 19, 2025
/s/ Laura Taylor Swain, Chief USDJ