UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                        No.  20-CR-87-LTS

ELIZABETH ACHAN,

       Defendant.

-------------------------------------------------------x

## ORDER

At the most recent violation of supervised release hearing in this case, which took place on April 2, 2025, the Court directed the Government to submit a joint letter on behalf of the parties by April 30, 2025, advising the Court of how the parties propose proceeding in light of Ms. Achan's then-pending state court proceedings.

As of the date of this Order, the Government has yet to file the ordered joint letter. The Government is again directed to confer with the defense and to file the joint letter by **May 16, 2025**.

SO ORDERED.

Dated: New York, New York
       May 13, 2025

                                           __/s/ Laura Taylor Swain_____
                                           LAURA TAYLOR SWAIN
                                           United States District Judge