

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 19, 2025

**By ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

### MEMO ENDORSED

Re: *United States v. Elizabeth Achan*, 20 CR 87 (LTS)

Dear Judge Swain,

      The Government respectfully writes on behalf of the parties in response to the Order of the Court dated May 13, 2025 and apologizes for the untimeliness of the submission, for which the Government is responsible. The Government has confirmed with its counterparts at the Westchester County District Attorney's Office that during the appearance in the parallel state court proceedings on April 28, 2025, the defendant signed a form consenting to proceed by superior court information and confirming her intent to enter a guilty plea. The Government understands that the date on which the defendant will appear in Westchester County Court for the purpose of being arraigned on the superior court information and entering a guilty plea is not yet fixed; however, it is expected to occur within approximately the next sixty days. For that reason, because the sole pending specification in these violation of supervised release proceedings derives from the parallel state court proceedings, the parties respectfully request leave to provide an update to the Court on or before June 30, 2025, confirming the date of the state court appearance and requesting to appear before the Court on a date thereafter for the purpose of the defendant admitting the pending specification and being sentenced on the same.

Respectfully,

JAY CLAYTON
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Kyro King (United States Probation Office) (by email)
    Ian Marcus Amelkin (Counsel to Defendant Elizabeth Achan) (by ECF and email)

The foregoing request is granted. The Government is directed to file a further joint letter on behalf of the parties by **June 30, 2025**, with a proposed date for the next violation of supervised release hearing in this case. SO ORDERED.
May 20, 2025
/s/ Laura Taylor Swain, Chief USDJ