

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

# MEMO ENDORSED

July 3, 2025

**By ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Elizabeth Achan*, 20 CR 87 (LTS)

Dear Judge Swain,

    The Government respectfully writes on behalf of the parties to report that the defendant is now scheduled to appear in Westchester County Court on July 8, 2025 for the purpose of being arraigned on the superior court information and entering a guilty plea. For that reason, because the sole pending specification in these violation of supervised release proceedings derives from the parallel state court proceedings, the parties respectfully request leave to appear before the Court during the week of July 14, 2025 for the purpose of the defendant admitting the pending specification and being sentenced on the same. At this time, the parties are available during the afternoon on July 16, 2025 and all day on July 17, 2025 should there prove a convenient time for the Court during that span.

        Respectfully,

        JAY CLAYTON
        United States Attorney

    By: *Thomas John Wright*
        Thomas John Wright
        Assistant United States Attorney
        (212) 637-2295

cc: Kyro King (United States Probation Office) (by email)
    Ian Marcus Amelkin (Counsel to Defendant Elizabeth Achan) (by ECF and email)

---

The foregoing request is granted. A hearing in this case is hereby scheduled for **July 17, 2025, at 11:30 AM** in Courtroom 17C.
SO ORDERED.
July 7, 2025
/s/ Laura Taylor Swain, Chief USDJ