

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

# MEMO ENDORSED

September 4, 2025

**By ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Elizabeth Achan*, 20 CR 87 (LTS)

Dear Judge Swain,

The Government respectfully writes on behalf of the parties to provide a status report concerning the pending violation of supervised release proceedings and also to present a stipulation and proposed order of turnover to which the parties have agreed.

In the interim since the parties last reported to the Court on July 3, 2025, a disposition was achieved in the parallel state court proceedings from which the sole specification in these pending violation of supervised release proceedings derives.  On August 4, 2025, the defendant appeared in Westchester County Court in White Plains, New York, waived indictment, and entered a guilty plea under a superior court information to Grand Larceny in the Third Degree, in violation of N.Y. P.L. § 155.35(1).  The defendant is now scheduled to appear on November 3, 2025 for sentencing. For that reason, the parties respectfully request an adjournment of the appearance scheduled for tomorrow, September 5, 2025, in these violation of supervised release proceedings to a date and time that is convenient for the Court during the week of November 3, 2025, at which time the parties anticipate that the defendant will admit the pending specification on which she will have by that time been sentenced in the parallel state court proceedings.  Prior to any adjourned appearance, the parties will confirm for the Court whether at that same appearance they wish to proceed to sentencing on the same date.

Finally, the Government encloses with this letter a stipulation and proposed order of turnover concerning partial payment of the judgment against the defendant entered in the above-

captioned case, which the parties respectfully request the Court to so order so that it may be implemented together with the Clerk of Court.

                Respectfully,

                JAY CLAYTON
                United States Attorney

By: *Thomas John Wright*
                Thomas John Wright
                Assistant United States Attorney
                (212) 637-2295

Enclosure

cc: Kyro King (United States Probation Office) (by email)
    Zawadi Baharanyi (Counsel to Defendant Elizabeth Achan) (by ECF and email)

The foregoing request is granted. The hearing in this case, currently scheduled for September 5, 2025, at 1:30 PM, is hereby adjourned to **November 5, 2025 at 12:00 PM** in Courtroom 17C.
DE 91 is resolved.
SO ORDERED.
September 5, 2025
/s/ Laura Taylor Swain, Chief USDJ