JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    THOMAS JOHN WRIGHT
       Assistant United States Attorney
       26 Federal Plaza
       New York, New York 10278
       Telephone No.: (212) 637-2295
       Email: thomas.wright2@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :    STIPULATION AND ORDER
            Judgment Creditor,    :         OF TURNOVER
                                  :
       -v-                        :    **20 Cr. 87 (LTS)**
                                  :
ELIZABETH ACHAN,                  :
                                  :
            Judgment Debtor,      :
                                  :
       and                        :
                                  :
FLAIR DISPLAY, INC.               :
                                  :
            Respondent.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on December 19, 2022, the United States of America (the "Government") obtained a judgment against the defendant Elizabeth Achan (the "Judgment Debtor") in the amount of $596,994.14; and

WHEREAS, the balance of the judgment as of August 29, 2025, is approximately $587,056.22; and

WHEREAS, the Government served upon Flair Display, Inc. a Restraining Notice and Information Subpoena because it believed that Flair Display, Inc. held non-exempt assets of the Judgment Debtor that were subject to the Government's lien pursuant to 18 U.S.C. § 3613(c), (f); and

WHEREAS, Flair Display, Inc., filed an Answer to the Restraining Notice dated October 6, 2024, stating that it held on behalf of the Judgment Debtor a 401(k) account ending in 7480, which had a balance, subject to market fluctuation, of approximately $42,674.44;

WHEREAS, the parties wish to enter into an agreement for partial payment of the judgment;

NOW, on the signed consent of the Government and the Judgment Debtor and her attorney,

IT IS HEREBY STIPULATED AND AGREED that Respondent FLAIR DISPLAY, INC., shall pay the Clerk of Court all funds contained in any account it holds for the judgment debtor, regardless of whether the account is held individually or jointly, and including but not limited to the 401(k) account ending in 7480:

> Clerk of Court
> United States District Court
> Southern District of New York
> 500 Pearl Street, Room 260
> New York, New York 10007
> Attention: Cashier for 20-CR-0087

Dated: New York, New York
September 5, 2025

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Thomas John Wright
THOMAS JOHN WRIGHT
Assistant United States Attorney
26 Federal Plaza
New York, New York 10278
Telephone No.: (212) 637-2295

/s/ Elizabeth Achan (by counsel)
ELIZABETH ACHON
Defendant-Judgment Debtor

_____
ZAWADI BAHARANYI, Esq.
Attorney for Defendant-Judgment Debtor

The Clerk of Court shall hold above-referenced funds in an interest-bearing account pending further order of the Court.

SO ORDERED:

_____ 9/5/2025
UNITED STATES DISTRICT JUDGE

2