**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 31, 2025

**By ECF**

The Honorable Laura Taylor Swain
United States Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: *United States v. Elizabeth Achan*, 20 Cr. 87 (LTS)

Dear Chief Judge Swain:

    I write to request that the Court adjourn Ms. Achan's next violation of supervised release conference, currently scheduled for Wednesday, November 5, 2025, to Friday, November 14 at 10:00 AM or Wednesday, November 19 at 10:00 AM. Ms. Achan has court on her New York State proceeding on Monday, November 3. She cannot miss two days of work next week, so I respectfully request that the VOSR conference be moved to the following week of November 10 or November 17. I have reached out to the Government and Probation regarding their availability but have not yet received a response.

Respectfully submitted,

/s/

Zawadi Suzanna Baharanyi
Assistant Federal Defender
917-612-2753
zawadi_baharanyi@fd.org

cc: Thomas John Wright, Assistant U.S. Attorney; USPO Kyro King.

The requested adjournment is granted. The parties shall provide their proposed adjourned date(s) to the Court by **November 4, 2025**.

SO ORDERED.
October 31, 2025
/s/ Laura Taylor Swain, Chief USDJ