UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                             No.   20-CR-87-LTS

ELIZABETH ACHAN,

        Defendant.

-------------------------------------------------------x

ORDER

        The hearing in this case, previously scheduled to proceed on November 5, 2025, at 12:00 PM, is hereby rescheduled for **November 19, 2025, at 11:00 AM** in Courtroom 17C.

    SO ORDERED.

Dated: New York, New York
       November 5, 2025

                                                                                                                     /s/ Laura Taylor Swain
                                                                                           LAURA TAYLOR SWAIN
                                                                                          Chief United States District Judge